UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EMANUEL COATES #155262,

    Plaintiff,                  NO. 2:12-cv-15529

v                               HON. PATRICK J. DUGGAN

JEMER JURADO, *et al.*,        MAG. PAUL J. KOMIVES

    Defendants.

_____/

Exhibit 1

Affidavit of Subrina Aiken, with Attachment

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EMANUEL COATES #155262,

    Plaintiff,               NO. 2:12-cv-15529

v                                HON. PATRICK J. DUGGAN

JEMER JURADO, *et al.*,      MAG. PAUL J. KOMIVES

    Defendants.
_____/

## AFFIDAVIT OF SUBRINA AIKEN

I, Subrina Aiken, being duly sworn, depose and say as follows:

1. I am presently, and was at all times relevant to this lawsuit, employed by the Michigan Department of Corrections (MDOC), as a Registered Nurse (RN-13) at Southern Region Health Care in Jackson, Michigan.

2. If sworn as a witness, I can testify competently to the facts contained within this affidavit.

3. In response to Plaintiff's Complaint, pg. 3 section 3, I have never met or evaluated Mr. Coates. My only interaction was responding to a Step II grievance regarding a hearing aide. I have never denied Mr. Coates adequate medical care. Grievance JCS 2012-06-0610-12D1 was answered on 8/13/12. A copy of the grievance is attached. I had no further involvement with Mr. Coates' care.

4. The documents referenced in this affidavit are records of regularly conducted activity of the Michigan Department of Corrections. The records were made at or near the time of the occurrences reflected, by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters. These documents are kept in the

1

regular course of business of the Michigan Department of Corrections. Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

AFFIANT SAYS NOTHING FURTHER.

*Subrina Aiken* (signature)

Subrina Aiken, Registered Nurse (RN-13)
Southern Region Health Care

Subscribed and sworn to before me, a Notary Public, on the 11th day of April, 2013.

*Pamela Tingay* (signature)
Notary Public
Jackson County, Michigan
My commission expires: 2-9-2019

Pamela Tingay
Notary Public, State of Michigan
County of Jackson
My Commission Expires: February 9, 2019
Acting in County of Jackson

Himebaugh\FED Intake\2013-0037396-A Coates\AFF.Aiken

2

# MICHIGAN DEPARTMENT OF CORRECTIONS
## MEMORANDUM
*"Expecting Excellence Everyday"*

DATE: 8/8/2012

TO: L.JONES

FROM: Grievance Coordinator: S.Portt

SUBJECT: Attached Grievance filed by prisoner  155262  COATES  B-113  JCS

Grievance Identifier: JCS / 2012 / 06 / 0610 / 12D1

Per revised PD-03.02.130

Due Date: 8/22/2012

After reviewing the attached grievance, I have decided that you are the most appropriate staff member to investigate the issue. The completed grievance should be returned to this office by the due date above. If you are going to require additional time beyond the due date to complete the investigation and response, you must request an extension on the grievance investigation. The prisoner must agree to the extension and indicate their agreement by signing form CAJ-979. This form is available from this office. A CAJ-979, if required, must be completed no later than    8/29/2012

RECEIVED
AUG 0 9 2012
Southern Region Healthcare Administration

H-C

MICHIGAN DEPARTMENT OF CORRECTIONS  
PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94  
CSJ-247A

Date Received at Step I: 6-28-12  Grievance Identifier: JCS/2012/06/19/12D01

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| COATES, Emanuel | 155262 | JCS | B-113 | 6-27-12 | 6-27-12 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 6-27-12
If none, explain why.

The matter was discussed at length with the Nurse Practitioner. It was not resolved.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 6-27-12 the Nurse Practitioner informed me that the request she had submitted to medical insurance provider "Prison Health Services, Inc.," for me a replacement hearing aide, had been denied. The denial is contrary to a long standing and well documented need for the use of a hearing aide for my left ear. For over 15 years Health Care has provided me with a hearing aide. The denial was also determined without the benefit of a hearing diagnostic test being performed by some one training in the art of hearing lost treatment. The denial is also a clear violation of federal law, American Disability Act, as well as a violation of Prison Health Services, Inc. contract with the State of Michigan, which I am a third party beneficiary. Appropriate legal action will be taken if I am not provided a hearing aide within 30 days.

Emanuel S. Coates  
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS  
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 12/97  
CSJ-247B

Date Received by Grievance Coordinator at Step II _____  
Grievance Identifier: JCS | 12 | 06 | 610 | 12D1

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.

The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I resonse in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Griev. Coordinator by 9/7/12. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909

| Name (first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Coates | 155262 | JCS | B-113 | 6/25/12 | 8/5/12 |

**STEP II – Reason for Appeal**

I have not been provided with a Step I response. Therefore, no Step I response can be accepted as part of this grievance procedure. The Goldenrod copy is not attached because it is ill-eligible. Prison Health Service's denial of my hearing aide constitutes a failure to provide adequate medical assistance. It is well documented in my health care file, that I have been provided a hearing aide for over 15 years. If I am not provided a hearing aide without further delay, federal lawsuit will be initiated.

**STEP II – Response**

(See Attached)

Date Received by Step II Respondent: 8-10-12

S. AIKEN, RN 13  
Respondent's Name (Print)

Respondent's Signature: S. Aiken RN    Date: 8-13-12

Date Returned to Grievant: 5___

**STEP III – Reason for Appeal**

NOTE: Only a copy of this appeal and the response will be returned to you.

STEP III – Director's Response is attached as a separate sheet.

If you find the Step III Director's response unsatisfactory, you have the option of referring the grievance to the Office of Legislative Corrections Ombudsman, 4th Floor, Capitol Hall, 115 W. Allegan, Lansing, Michigan, 48913.

# Step II Grievance Appeal Response

| |
|---|
| **Grievance Number:** JCS 2012 06 0610 12D1 |
| **Prisoner Name:** Coates, Emanuel |
| **Prisoner Number:** 155262 |

I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for Appeal.

| |
|---|
| **SUMMARY OF STEP I COMPLAINT:** The Grievant indicates on 6/27/12 the MP requested hearing aide replacement and it was denied. Grievant indicates he needs a left ear hearing aide – this is a long standing issue, as he has been provided with a hearing aide for over 15 years. The denial was also determined without the benefit of a hearing dx text being performed by someone trained in hearing loss tx. Date of incident 6/27/12. |
| **SUMMARY OF STEP I RESPONSE:** There is no Step I Grievance response attached. |
| **SUMMARY OF STEP II REASON FOR APPEAL:** Grievant indicates the Step I was not responded to. |
| **SUMMARY OF STEP II INVESTIGATION;** Upon investigation of the EMR (Electronic Medical Records), Grievant was seen and assessed by MP on 5/18/12, the MP submitted a request for Audiology for hearing aides; 53 years old AAM with h/o bilateral hearing loss since 2002. Patient is experiencing difficulty discriminating voices; previously use hearing aids provided by MDOC at previous facilities that he have been at. PMH includes HTN, GERD, BPH, hearing loss (improved with use of hearing aids). Need evaluation for new hearing aids. The response; 6/5/2012; MP to please submit a new request for an Audiogram and include a focused PE of patient's bilateral ears to r/o obstruction, infection, etc.<br><br>Grievant was seen again by MP on 6/13, again the MP notes; 53 years old AAM with h/o hearing loss since 2002. Patient is experiencing difficulty discriminating voices. Previously used hearing aids which significantly improved hearing loss. Requesting evaluation for need of hearing aids. The MP requested audiology audiogram approval, the response was; he does not meet criteria for hearing aids. Continue to monitor.<br><br>Grievant was seen by MP on 6/27 and informed; Difficulty discriminating voices. Presents to MP for review of audiology consult. Discuss with patient that audiology consult for audiogram/ hearing aids denied. Discuss need to seek health care if and when hearing has significantly diminished in comparison to current base line.<br><br>Prisoners shall be provided with a continuum of medically necessary health care services that are supported by evidence based medical research. Grievant is being evaluated, treated, diagnostic testing conducted and monitored by the Medical Provider (MP). The MP is responsible for determining the most appropriate course of treatment for his patients taking into consideration **all information available**. The MP's treatment plan for the grievant demonstrates that was done in this case. A disagreement with the medical judgment of the MP does not support a claim that the treatment plan is inappropriate. Grievant is encouraged to access health care through the kite process to address any current health care concerns. |
| **CONCLUSION:** Evidence<br>• Policy 03.04.100 Health Care Services<br>**Grievance: Denied;** Documentation supports Grievant is being followed by MP for his hearing, Grievant does not meet criteria for hearing aids, at this time. |

| **RESPONDENT NAME:** Subrina Aiken, RN | **TITLE:** Clinical Administrative Assistant |
|---|---|
| | Region III Health Care Administration |
| **RESPONDENT SIGNATURE:** *Subrina Aiken, RN* | **DATE:** 8/13/12 |