UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

EMANUEL COATES,

    Plaintiff,                      Case No. 12-15529
                                    Honorable Laurie J. Michelson
v.                                Magistrate Judge Elizabeth A. Stafford

JEMER JURADO, et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER AND TO SEAL EXHIBIT A [150]**

    The Honorable Laurie J. Michelson referred this case to the undersigned to resolve all pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A) and (B).  [130].  Before the Court is plaintiff Emanuel Coates's motion for protective order to file his medical records under seal.  [150].

    Federal Rule of Civil Procedure 5.2(e) authorizes the Court to enter a protective order "limit[ing] or prohibit[ing] a nonparty's remote electronic access to a document filed with the court" for good cause.  Furthermore, Fed. R. Civ. P. 5.2(d) and E.D. Mich. LR 5.3 allow the Court to enter an order authorizing a filing to be made under seal.  Coates requests that his medical records be filed under seal to maintain his privacy and to avoid the unnecessary public disclosure of his confidential records.  The Court finds

that good cause exists to seal Coates's medical records, and that his privacy interests outweigh any interest the public has to accessing court documents.

Accordingly, Coates's motion for protective order and to file his medical records under seal [150] is **GRANTED**.  The original and any copies of Coates's medical records, which he filed separately as Exhibit A to his response to Defendants' motion for summary judgment [151], will be sealed and not incorporated into the regular record in this case.  The medical records will remain under seal until further order of this Court.

**IT IS ORDERED**.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: April 15, 2015

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).  Unless ordered otherwise by the Court, the filing of an appeal to the District Judge does not stay the parties' obligations in this Order.  *See* E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 15, 2015.

                                        s/Marlena Williams
                                        MARLENA WILLIAMS
                                        Case Manager